An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MANDALAY CORPORATION, D/B/A
MANDALAY BAY RESORT AND
CASINO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JEROME TAO, DISTRICT JUDGE,
Respondents,
and
JULIA MORAN,
Real Party in Interest.

No. 67271

**FILED**

FEB 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

Pursuant to the stipulation of the parties, this petition for writ of mandamus is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Eighth Judicial District Court Dept. 20
Kravitz, Schnitzer & Johnson, Chtd.
Eglet Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

15-03810